No. 946. YSZARA *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Mary Ellen Caldwell* for petitioner. *F. Carter Johnson, Jr.* for respondent. Reported below: 263 F. 2d 937.

No. 955. MIDWESTERN INSTRUMENTS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *R. J. Woolsey* and *A. Langley Coffey* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.

No. 959. BERGESON *v.* LIFE INSURANCE CORPORATION OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied. *George M. McMillan* and *Clarence M. Beck* for petitioner. *Dennis McCarthy* for Bullard et al., *Calvin L. Rampton* and *David K. Watkiss* for Pugsley, and *Ray R. Christensen* for Birrell et al., respondents.

No. 960. UNITED STATES DREDGING CORP. *v.* KROHMER, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *Christopher E. Heckman* for petitioner. *Edward J. Behrens* for respondent.

No. 962. LAW *v.* UNITED FRUIT Co. C. A. 2d Cir. Certiorari denied. *Lee S. Kreindler* for petitioner. *Eugene Underwood* for respondent.

No. 966. KASPER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. Benjamin Simmons* and *Herbert S. Ward* for petitioner. *Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for the United States.